```
                                            UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF TEXAS
                                                      ENTERED
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS         AUG 2 0 1999
                   HOUSTON DIVISION
```

*Michael N. Milby, Clerk of Court*

| | |
|---|---|
| GERALDO CARRILLO, § | |
| § | |
| Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. H-98-4023 |
| § | |
| HOUSTON POLICE OFFICERS J.A. § | |
| DESANTOS, JOHN A. JACKSON, § | |
| DAVID C. ZAHARIS, CLARENCE § | |
| BRADFORD AS CHIEF OF POLICE, § | |
| AND THE CITY OF HOUSTON, § | |
| § | |
| Defendant § | |

## ORDER

Pending before the Court in the above referenced action is Plaintiff Geraldo Carrillo's motion for default judgment and damages against Defendant David C. Zaharis (instrument #28). Because Defendant Zaharis has filed an answer on August 17, 1999, the Court

ORDERS that the motion is DENIED.

**SIGNED** at Houston, Texas, this 19th day of August, 1999.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

30