IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Gerardo Carrillo, | § | |
| Plaintiff, | § | |
| | § | |
| VS | § | H-98-4023 |
| | § | |
| Houston Police Officer, J.A. DeSantos, | § | |
| David C. Zaharis, John A. Jackson, | § | |
| and the City of Houston, | § | |
| Defendants. | § | |

## ORDER

Having heard Plaintiff's motion for an extension of time to file a pre-trial scheduling order, this Court orders that it is Granted. Plaintiff is to file the pre-trial scheduling order by January 28, 2000.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE