IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

APR 1 2 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| Gerardo Carrillo, § | | |
| Plaintiff, § | | |
| § | | |
| VS § | H-98-4023 | |
| § | | |
| Houston Police Officers, J.A. DeSantos, § | | |
| David C. Zaharis, John A. Jackson, § | | |
| Clarence Bradford, as Chief of Police, § | | |
| and the City of Houston, § | | |
| Defendants. § | | |

ORDER

Pending before this Court is a Motion to Withdraw as Counsel for Plaintiff. This Court finds that Plaintiff, Gerardo Carrillo, has discharged, James G. Rytting, who is the attorney of record for Plaintiff. The court further finds that the motion to withdraw is supported by good cause. Having duly heard and considered the motion, this Court, therefore, ORDERS that it is GRANTED.

SIGNED this 11th day of April, 2000.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

-4-

57