IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERARDO CARRILLO, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-98-4023 |
| | § | |
| CITY OF HOUSTON, ET AL., | § | |
| | § | |
| Defendants | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
OCT 24 2001
Michael N. Milby, Clerk of Court

### ORDER

Pending before the Court in the above referenced action is Plaintiff Gerardo Carrillo's motion to proceed in forma pauperis to appeal the Court's denial of a motion for a three judge panel and the lack of a neutral judge in this case (instrument #118).

Because the final judgment issued by this Court in this action was affirmed by the Fifth Circuit, this case is closed. Accordingly, the Court

ORDERS that the motion is MOOT. The Court further

ORDERS that Plaintiff shall file no more motions in the suit with this Court or sanctions may be imposed by the Court.

**SIGNED** at Houston, Texas, this 23rd day of October, 2001.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE