# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| GERARDO CARRILLO | § § | |
| VS. | § § § | CIVIL ACTION NO. H 98-4023 |
| CITY OF HOUSTON, et al. | § | |

## ORDER STRIKING DOCUMENT

The Clerk has filed on December 10, 2003 Plaintiff's Motion For Injunction (No. 132); however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. [ ] Document is not signed. (L.R.11.3).

2. [ ] Document does not comply with L.R.11.3.A.

3. [ ] Caption of the document is incomplete. (L.R.10.1).

4. [ ] No certificate of service nor explanation why service is not required. (L.R.5.4).

5. [ ] Motion does not comply with L.R.7.
   a. [ ] No statement of opposition or non-opposition. (L.R.7.2).
   b. [ ] No statement of conference between counsel. (L.R.7.1.D(1)).
   c. [ ] No separate proposed order attached. (L.R.7.1.C)

6. [ ] Motion to consolidate does not comply with L.R.7.6.

7. [ ] Requests for extensions of deadlines for completion of discovery or for postponement of trial must be signed by the *attorney and party* making the request. [¶ 3 Plan, Civil Justice Reform Act of 1990].

8. [ ] Motion does not comply with this Court's rule governing motions. (Court Procedures - Rule 4.G. & H.)

9. [X] Other: Per Order entered October 23, 2003 (No. 119) Plaintiff shall file no more motions in the suit with this Court of sanctions may be imposed by the court.

Date: December 16, 2003.

*Melinda Harmon*
**MELINDA HARMON**
United States District Judge

133